IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING

FILED
JUN 0 1 2023
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

| | |
|---|---|
| Joan Cichello<br>Individually and on Behalf of All Other Persons Similarly Situated | 3:23cv-145<br>Groh Trumble Sims |
| LaCosta Steele<br>Individually and on Behalf of All Other Persons Similarly Situated | 3:23-cv-146<br>Groh Trumble Sims |
| Demenia Hawkins<br>Individually and on Behalf of all other Persons Similarly Situated | 3:23-cv-147<br>Groh Trumble Sims |
| Christina M Pilgrim<br>Individually and on Behalf of all other Persons Similarly Situated | 3:23-cv-148<br>Groh Trumble Sims |
| Andrew C Phillips<br>Individually and on Behalf of All Other Persons Similarly Situated | 3:23-cv-149<br>Groh Trumble Sims |
| Marlo Young<br>Individually and on Behalf of all other Persons Similarly Situated | 3:23-cv-150<br>Groh Trumble Sims |
| Macedo-Flores Austroberta<br>Individually and on Behalf of All other Persons Similarly Situated | 3:23-cv-151<br>Groh Trumble Sims |

VS

- Colette Peters.
  Director Bureau of Prisons.
  in Her Official Capacity
- Warden Lovett. Individual Capacity
  Hazleton Correctional Complex
- All Staff employees in their Individual Capacities working in Receiving and Distribution-Mailroom (R&D) on the Correctional Complex

CLASS ACTION Motion OVER THE United States Mail, First, Fourth AND Fourteenth Amendments Bill of Rights Fundamental Freedoms As well As 42 USC § 1983 AND Denied Access to the Courts

Inmates Communicate with Family AND Friends through the United States Mail. Inmates Receive Correspondent classes, Newspapers, Books Magazines AND Cards

At Hazleton Correctional Complex Mail is Delayed. Mail is Post Marked Sometimes 10 weeks Prior to being Received That is if it is Received At All. Families Are Notified, even Now, that Books Arrived At Hazleton Complex over Six weeks Ago. Yet these items Have Not Made it to the Blocks.

Mail is Copied AND Distributed envelopes, Pages of Letters etc.

Unfortunately Legal mail is Also Copied. envelopes Are Copied And the Mailing Date - Post marks Are Cut off. No one Knows when the mail was Sent, if it was Read AND Legal mail Comes with General mail.

Legal mail through General mail May Consist of Court orders, Forms, Correspondence. When it comes General Mail AND you loose A Court time Frame the officers will Not Mark on that Package when it Arrives on the Unit

Officers Call the Lieutenants And they Refuse to

Allow officers to Sign Date and/or make any Notations on the envelope. We are told the Unit Team-Counselor Must Document. The Problem with that is the mail Comes After 4:30 Mainline and the Unit Team has Left for the Day

Legal Mail - Copies tops of Papers "Cutoff" Cover Sheets missing Papers not in order.

Legal Mail - Specific with open in front of Inmates Is Ignored and Sent General Mail and handed out as if it were a Letter from here they go Against Special Mail Policy and Procedure.

Certified Legal Mail. Mail is Sent to Receiving and Distribution (R+D) Mail Room. Inmates are Called to Go to R+D to Receive and Sign for Legal Mail/Mail Certified for exhibits these Records are easily Falsified. Courts believe that Inmates are Signing for mail the week Prior to Receiving.

Hazleton Complex is Denying Inmates Access to the Courts. Time Frames are not met. Cases are Closed Some Inmates Are Placed in the Segregated Housing Unit (SHU) to Not Complete Paper Work. Inmates Are Denied Access to the Courts

We Petitioners Are Representatives of Complex and Know in fact that there will be Retaliation, but this Honorable Court Needs to Know the Truth

Respectfully Submitted