IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

JOAN CICCHIELLO,

    Plaintiff,

v.                                                  CIVIL ACTION NO.: 3:23-CV-145 (GROH)

COLETTE PETERS,
WARDEN LOVETT, and
ALL STAFF EMPLOYEES IN THEIR
INDIVIDUAL CAPACITIES WORKING
IN RECEIVING AND DISTRIBUTION
MAILROOM (R&D) ON THE
CORRECTIONAL COMPLEX,

    Defendants.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On June 1, 2023, the *pro se* Plaintiff initiated the above-styled civil rights action pursuant to <u>Bivens v. Six Unknown Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), by filing a three-page handwritten document styled "Class Action Motion Over the United States Mail, First, Fourth and Fourteenth Amendments Bill of Rights Fundamental Freedoms as well as 42 USC § 1983 and Denied Access to the Courts", and various exhibits thereto. ECF No. 1. Upon docketing the complaint, the Clerk issued a Notice of Deficient Pleading and Intent to Dismiss, which instructed the Plaintiff that this action will be dismissed without prejudice in thirty days because the Plaintiff did not submit the pleading on the Court-approved form. ECF No. 2.

The Plaintiff accepted service of the notice on June 5, 2023. ECF No. 3. More than thirty days have elapsed since the Plaintiff accepted service for the notice of deficient pleading. However, the Plaintiff has failed to refile the complaint on the Court-approved form, as directed.

Accordingly, it is **ORDERED** that 3:23-CV-145 is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and retired from the docket of this Court.

It is further **ORDERED** that Plaintiff's motion to add signatures to original class action motion [ECF No. 4] is **TERMINATED AS MOOT**.

The Clerk of the Court is **DIRECTED** to mail a copy of this Order to the Plaintiff by certified mail, return receipt requested, to her last known address as reflected on the docket sheet, and to all counsel of record by electronic means.

**DATED**: July 31, 2023

_____
GINA M. GROH
UNITED STATES DISTRICT JUDGE